

# Court of Appeals
## Sixth Appellate District of Texas

### J U D G M E N T

Terrence K. Cuba, Appellant

No. 06-12-00106-CR      v.

The State of Texas, Appellee

Appeal from the 7th Judicial District Court of Smith County, Texas (Tr. Ct. No. 007-0434-12). Memorandum Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to delete the imposition of court costs. As modified, the judgment of the trial court is affirmed.

We note that appellant, Terrence K. Cuba, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED DECEMBER 11, 2012
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra Autrey, Clerk